UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEREMIAH JOHN BUTLER,
    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No.:  3:24cv500/LAC/ZCB

MARK INCH, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 17, 2024.  (Doc. 4).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.　The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2.　This action is **DISMISSED without prejudice**, under 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he commenced this case.

3.   The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 29th day of October, 2024.

                    s/*L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**